IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-220-GCM

| | |
|---|---|
| **TAMARA FIELDS** and **LAKENYA HARRISON**, Plaintiff, v. **CELLCO PARTNERSHIP** d/b/a **VERIZON WIRELESS** Defendants. | ) ) ) ) ) **ORDER GRANTING** ) **ADMISSION PRO HAC VICE** ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **MICHELE R. FISHER**, filed April 11, 2012 [doc.#4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Fisher is admitted to appear before this court *pro hac vice* on behalf of plaintiffs.

**IT IS SO ORDERED.**

Signed: April 12, 2012

Graham C. Mullen
United States District Judge