UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TAMARA FIELDS and LAKENYA HARRISON, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | Civil Action No. 3:12-cv-00220-GCM |

### ORDER ADMITTING MICHAEL M. MICHETTI TO APPEAR *PRO HAC VICE*

THIS MATTER IS BEFORE THE COURT on the "Application For Admission To Practice *Pro Hac Vice*" (Doc. 17) concerning **Michael M. Michetti,** filed May 16, 2012. Mr. Michetti seeks to appear as counsel *pro hac vice* for Defendant Cellco Partnership d/b/a Verizon Wireless.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the Motion. In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Michetti is admitted to appear before this Court *pro hac vice* on behalf of Defendant Cellco Partnership d/b/a Verizon Wireless.

Signed: May 17, 2012

Graham C. Mullen
United States District Judge