IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-220-GCM

| | |
|---|---|
| TAMARA FIELDS and ) | |
| LAKENYA HARRISON, individually ) | |
| and on behalf of other similarly ) | |
| situated individuals, ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CELLCO PARTNERSHIP d/b/a ) | |
| VERIZON WIRELESS, ) | |
| Defendants, ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **August 29, 2012, at 2:00 p.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: July 23, 2012

Graham C. Mullen
United States District Judge