UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:12-cv-00220-GCM

Tamara Fields and Lakenya
Harrison, individually and on
behalf of others similarly situated,

                              Plaintiffs,

Cellco Partnership d/b/a Verizon Wireless,

                              Defendant.

**ORDER**

THIS MATTER is before this Court on the Parties' Motion and Memorandum to Stay the Proceedings Pending Mediation. Based upon the Motion and all of the proceedings herein, the Court hereby ORDERS that this action, including all pre-trial deadlines, is STAYED pending further Order of the Court.

IT IS SO ORDERD.

Signed: August 29, 2012

Graham C. Mullen
United States District Judge