IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TAMARA FIELDS and LAKENYA HARRISON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | Civil Action No.: 3:12-cv-00220-GCM |

## ORDER

The above entitled matter is before this Court on the Parties' Joint Motion to Transfer Venue. Based on the Joint Motion and all of the supporting documents and proceedings herein, the Court hereby orders that this action be transferred to the United States District Court for the District of Minnesota.

Dated: 26/MAR13

BY THE COURT:

_____
Honorable Graham C. Mullen
United States Senior District Judge